# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

## NOTICE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO.: 1:13-CR-00174-33 |
| v. | : | |
| | : | (Judge Conner) |
| JOSE SANABRIA, | : | |
| | : | (Magistrate Judge Schwab) |
| Defendant | : | |

Type of Case:

( ) Civil       (**X**) Criminal

(xx) TAKE NOTICE that the proceeding in this case has been **SCHEDULED** for the place, date and time set forth below:

**U. S. Courthouse**
**Federal Building**                         PLACE: Courtroom #5, 11th Floor
**228 Walnut St.**                           DATE: June 14, 2021
**Harrisburg, PA 17108**                     TIME: 1:30 p.m.

TYPE OF PROCEEDING:    **INITIAL APPEARANCE/ARRAIGNMENT (Indictment)**

Peter J. Welsh, Clerk of Court
*s/ K. McKinney*
K. McKinney, Deputy Clerk

DATED: June 4, 2021

To:   AUSA Ford, Deft Cnsl Sciolla, Deft (via cnsl), USP, USM, Interpreter J. Brown